

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2018

No. 04-18-00236-CV

**IN RE ROY J. MOORE, PIERCE J. ROBERTS, JR., DAVID BROWN, CHRISTOPHER BAKER, JAMES KERR, FRANK MCCAMANT, NEIL KELLEN, JOSEPH MOWERY, STEPHENS INC., AND LANDIS+GYR TECHNOLOGY, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Irene Rios, Justice

On April 12, 2018, relators filed a petition for writ of mandamus. On August 20, 2018, relators filed an "Emergency Motion for Limited Stay of Underlying Trial Court Proceedings." The real parties in interest filed a response, to which relators later replied. After considering the petition, response, and reply, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relators' "Emergency Motion for Limited Stay of Underlying Trial Court Proceedings" is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on August 21, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-05787, styled *James Bennett, Jr., et al. v. Roy J. Moore et. al.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.